ANNA DEGARBRIS AND HUSBAND, PLAINTIFFS, v. LEONARD GEROME AND FLOCKHART FOUNDRY COMPANY, DEFENDANTS.

Submitted May 15, 1931—Decided November 16, 1931.

Before GUMMERE, CHIEF JUSTICE, and Justices PARKER and CASE.

For the plaintiffs, *Ezra W. Karkus.*

For the defendants, *James L. Handford.*

PER CURIAM.

The female plaintiff was struck by defendants' motor car while crossing a road and was injured. The jury awarded a verdict in her favor of $200 and to her husband, *per quod,* $300.

The plaintiffs claim that the verdict is inadequate; the defendants, that there should have been a verdict in their favor.

Our reading of the testimony satisfies us that if the plaintiffs were entitled to any damages the amounts found are plainly inadequate; but on the other hand the right to a recovery is in our view most doubtful. Our conclusion is that there should be a new trial at large, whereat the questions both of liability and *quantum* of damages may be retried.